**E-FILED**
Friday, 21 April, 2006  12:40:51 PM
Clerk, U.S. District Court, ILCD

**FILED**

APR 2 1 2006

**JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-10012 |
| | ) | |
| KENNETH L. BARNETT, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SUPPRESS PHYSICAL EVIDENCE

Now comes Defendant, KENNETH L. BARNETT, by his attorney, WILLIAM R. KELLY, and moves this Honorable Court to suppress certain evidence unlawfully seized from him by police officers in violation of his rights as guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution, and in support thereof states as follows:

1.     Defendant, KENNETH L. BARNETT, is charged with the offense of knowingly possessing a certain .45 Caliber Llama pistol in violation of Title 18, United States Code, Section 922(g).

2.     On January 2, 2006, at approximately 10:00 p.m., as Defendant was leaving his place of employment in the 300 block of Lincoln, Peoria, Illinois, he was stopped by a City of Peoria police officer Justin K. Sinks who stated in a written police report provided as discovery in this case the following:

   a.)   "As I approached the male, he appeared startled, and was reluctant to speak with me."

   b.)   "I then asked the male (later identified as Barnett) what he was doing walking away from Chicken, Ribs & More."

c.) "Barnett stated that he worked there and was just closing up the business."

d.) "I then asked Barnett for his identification and if he had anything illegal on him."

e.) "Barnett then produced his identification..."

f.) "I observed what I believed to be the outline of a handgun through the sweatsuit he was wearing."

g.) "AT this time I informed him that I was going to conduct a pat-down search..."

h.) "Barnett then stated to me that he did not want me to pat him down."

i.) "I then told Barnett that I needed to pat him down to verify that he had no weapons on him."

j.) "Barnett then explained to me before I conducted my pat-down that he was concealing a hand gun in his waistband."

3. As a result of the search, the police officer seized certain property from him that the defense reasonably expects the United States will seek to introduce at trial, to wit: a .45 caliber Llama pistol.

4. The search of Kenneth L. Barnett and the seizure of the .45 caliber Llama pistol was without lawful authority for the following reasons:

a.) No search or arrest warrant existed that justified the search and subsequent seizure of the pistol;

b.) No exigent circumstance existed that justified the warrantless search of Defendant;

c.) Kenneth L. Barnett did not consent to the search or seizure;

d.) The search and seizure was not incident to or contemporaneous with a valid arrest of Kenneth L. Barnett;

e.) There was no probable cause to arrest Kenneth L. Barnett;

f.) Kenneth L. Barnett was not committing any crime at the time he

was stopped.

5.     The statement made by Kenneth L. Barnett that he was concealing a hand gun is the product of an unlawful arrest.

WHEREFORE, Defendant, KENNETH L. BARNETT, respectfully requests that this Honorable Court grant this Motion and suppress the following evidence:

a.)     the .45 caliber Llama pistol obtained from Defendant; and

b.)     any statement made by KENNETH L. BARNETT

on the grounds that both were the product of an unlawful search and seizure and an unlawful arrest.

Respectfully Submitted,

_____
WILLIAM R. KELLY, Attorney for Defendant

WILLIAM R. KELLY
Attorney for Defendant
4801 N. Prospect Rd.
Peoria Heights, IL 61616
Telephone: (309) 674-4565

## PROOF OF SERVICE

The undersigned certifies that the below titled instrument:

Motion to Suppress Physical Evidence

was served by hand delivery, on the _21_ day of ___April___, 2006, to the following:

> Bradley W. Murphy
> Assistant United States Attorney
> 211 Fulton St., Suite 400
> Peoria, IL 61602

_William R. Kelly_

WILLIAM R. KELLY, Attorney at Law

WILLIAM R. KELLY
Attorney at Law
4801 N. Prospect Rd.
Peoria Heights, IL 61616
Telephone: (309) 674-4565
Facsimile: (309) 685-9008