**E-FILED**
Thursday, 27 April, 2006  04:14:07 PM
Clerk, U.S. District Court, ILCD

**FILED**

APR 2 7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
vs.                                )        Case No. 06-10012
                                   )
KENNETH  BARNETT,                  )
                                   )
            Defendant.             )

## MOTION TO PRESENT ADDITIONAL EVIDENCE
### RELATED TO
## MOTION TO SUPPRESS

Now comes the Defendant, KENNETH BARNETT, by his Attorney, WILLIAM R. KELLY, and moves this Honorable Court that he be allowed to present additional evidence related to the Motion to Suppress previously heard by the Court in this case, and in support thereof states as follows:

1. The Court has indicated that its basis for denial of Defendant's Motion to Suppress was the testimony of the two police officers that once Defendant reached into his pocket to obtain his driver's license, they were able to see a "bulge" in Defendant's waistband that they could see as the handle of a gun; that once the bulge was observed, the "pat down" search became legal and necessary for the officers' safety.

2. At the suppression hearing, both officers testified they noticed nothing unusual about the size of the sweat suit clothes Defendant was wearing.

3. Officer Parnell testified that Defendant's clothes "were not baggy per se."

4. Defendant believes that the police officers, either intentionally or

inadvertently, were not telling the truth concerning their observations of Defendant's clothes and that because of the unusual size and "bagginess" of the clothes he was wearing, it was not possible for the officers, or anyone, to observe a part of a gun in his waistband.

5. Subsequent to the suppression hearing, Defendant informed his counsel that the clothes he was wearing on the night in question are available; they were taken from him at the Peoria County Jail; and that the clothes he was wearing had been borrowed from his cousin, who weighs approximately 400 pounds.

6. Defendant requests that the Court allow him to open the evidence related to the Motion to Suppress and to appear in the Courtroom dressed in the clothes he was wearing at the time of his arrest in order that the Court can consider the credibilty of the police officers' testimony that they could see the bulge of a gun in his waistband.

Respectfully submitted,

KENNETH L. BARNETT, Defendant

BY: _William R. Kelly_
WILLIAM R. KELLY, His Attorney

WILLIAM R. KELLY
Attorney at Law
4801 N. Prospect Rd.
Peoria Heights, Illinois 61616
PH: (309) 685-9001

## **PROOF OF SERVICE**

The undersigned certifies that the below titled instrument:

Motion to Present Additional Evidence Related to Motion to Suppress

was served by hand delivery, on the 27 day of _____April_____, 2006, to the following:

> Bradley W. Murphy
> Assistant United States Attorney
> 211 Fulton St., Suite 400
> Peoria, IL 61602

_____William R. Kelly_____
WILLIAM R. KELLY, Attorney at Law


WILLIAM R. KELLY
Attorney at Law
4801 N. Prospect Rd.
Peoria Heights, IL 61616
Telephone: (309) 674-4565
Facsimile: (309) 685-9008